**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 96-2734**

———————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES COURTLAND SMITH,

Claimant - Appellant,

and

ASSORTED JEWELRY; $5,116.05 IN UNITED
STATES CURRENCY; 1985 MERCEDES BENZ, VIN
WDBDA24C3FFO76122; 1988 BLACK JAGUAR XJ6,
VIN SAJKV1545JC517422,

Defendants.

———————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey, II, Senior District
Judge. (CA-89-851-H, CA-89-852-H, CA-89-853-H, CA-89-2356-H)

———————————————

Submitted: April 22, 1997        Decided: April 30, 1997

———————————————

Before MURNAGHAN, WILLIAMS, and MOTZ, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Charles Courtland Smith, Appellant Pro Se. Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Smith appeals the district court's order denying his 1996 motion for reconsideration of four civil forfeitures that occurred in 1990. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Smith, Nos. CA-89-851-H; CA-89-852-H; CA-89-853-H; CA-89-2356-H (D. Md. Nov. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED